1

2                                                          The Honorable Ricardo S. Martinez

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10   MICHAEL SURRATT, Individually and On          NO.    2:18-cv-00283-RSM
     Behalf of All Others Similarly Situated,

11                                                 **STIPULATION AND [*PROPOSED*]**
             Plaintiff,                            **ORDER REMANDING**
12                                                 **PROCEEDINGS TO STATE COURT**

13           v.

14   FUNKO, INC.; BRIAN MARIOTTI;
     RUSSELL NICKEL; KEN BROTMAN; GINO
15   DELLOMO; CHARLES DENSON; DIANE
     IRVINE; ADAM KRIGER; RICHARD
16   MCNALLY; GOLDMAN, SACHS & CO.; J.P.
     MORGAN SECURITIES LLC; MERRILL
17   LYNCH, PIERCE, FENNER & SMITH
     INCORPORATED; PIPER JAFFRAY & CO.;
18   JEFFERIES LLC; STIFEL, NICOLAUS &
     COMPANY, INCORPORATED; BMO
19   CAPITAL MARKETS CORP.; and
     SUNTRUST ROBINSON HUMPHREY, INC.,
20

21           Defendants.

22

23

24           Plaintiff Michael Surratt ("Plaintiff") and Defendants, by and through their

25   undersigned counsel of record, hereby stipulate and agree as follows:

26           1.      On January 16, 2018, Plaintiff filed the complaint in this putative class action

27   (the "Complaint") in the Superior Court of Washington in and for King County against Funko,

Inc., Brian Mariotti, Russell Nickel, Ken Brotman, Gino Dellomo, Charles Denson, Diane Irvine, Adam Kriger, and Richard McNally (collectively, the "Funko Defendants"); Goldman, Sachs & Co., now known as Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Piper Jaffray & Co.; Jefferies LLC; Stifel, Nicolaus & Company, Incorporated; BMO Capital Markets Corp.; and SunTrust Robinson Humphrey, Inc. (collectively, the "Underwriter Defendants," and together with the Funko Defendants, the "Defendants").

2.      The Complaint alleges only violations of Sections 11 and 15 of the Securities Act of 1933, 15 U.S.C. § 77a, *et seq.*

3.      On February 23, 2018, the Funko Defendants removed this action to this Court arguing, among other things, that the Superior Court of Washington in and for King County did not have jurisdiction based upon the Securities Litigation Uniform Standards Act of 1998 ("SLUSA").

4.      On March 2, 2018, the Parties filed a Stipulation extending the time to answer, move, or otherwise respond pending remand proceedings (the "Stipulation"). The Stipulation stated that the Plaintiff intended to file a motion to remand to the Superior Court of Washington in and for King County and that the Defendants intended to file a motion to stay the proceedings pending a decision by the United States Supreme Court in *Cyan, Inc. v. Beaver County Employees Retirement Fund*, No. 15-1439, on the certified question of "[w]hether state courts lack subject-matter jurisdiction over 'covered class actions,' 15 U.S.C. § 77v(a), that allege only claims under the Securities Act of 1933."

5.      On March 20, 2018, the Supreme Court issued its decision in *Cyan, Inc. v. Beaver Cty. Emps. Ret. Fund*, No. 15-1439, 2018 U.S. LEXIS 1912 (Mar. 20, 2018), holding that "SLUSA did nothing to strip state courts of their longstanding jurisdiction to adjudicate class actions alleging only 1933 Act violations. Neither did SLUSA authorize removing such suits from state to federal court." *Id.* at *41.

1       6.     In light of the *Cyan* opinion, no party opposes remand of this action to the

2   Superior Court of Washington in and for King County.

3       7.     All parties stipulate that this action should and must be remanded in light of the

4   Supreme Court's *Cyan* opinion, and request the Court remand this action.

5       SO STIPULATED AND AGREED this 27th day of March 2018.

6

| BRESKIN JOHNSON & TOWNSEND PLLC<br>By U*/s/ Roger M. Townsend*<br>  Roger M. Townsend, WSBA #25525<br>  1000 Second Avenue, Suite 3670<br>  Seattle, WA 98104<br>  Tel: (206) 652-8660<br>  Email: rtownsend@bjtlegal.com<br><br>Of Counsel<br>LEVI & KORSINSKY, LLP<br>  Shannon L. Hopkins (*PHV* to be filed)<br>  733 Summer Street, Suite 304<br>  Stamford, CT 06901<br>  Tel: (203) 992-4523<br>  Email: shopkins@zlk.com<br>  *Attorneys for Plaintiff* | SAVITT BRUCE & WILLEY LLP<br>By U*/s/ Stephen C. Wiley*<br>  Stephen C. Willey, WSBA #24499<br>  1425 Fourth Avenue, Suite 800<br>  Seattle, WA 98101<br>  Tel: (206) 749-0500<br>  Email: swilley@sbwllp.com<br><br>Of Counsel<br>LATHAM & WATKINS LLP<br>  Benjamin Naftalis (*pro hac vice*)<br>  Kevin McDonough (*pro hac vice*)<br>  885 Third Avenue<br>  New York, NY 10022-4834<br>  Tel: (212) 906-1246<br>  Email: benjamin.naftalis@lw.com<br>  Email: kevin.mcdonough@lw.com<br>    *Attorneys for Defendants Funko, Inc.;*<br>*Brian Mariotti; Russell Nickel; KenBrotman;*<br>*Gino Dellomo; Charles Denson; Diane*<br>*Irvine; Adam Kriger; and Richard McNally* |
| SIDLEY AUSTIN LLP<br>By U*/s/ Robin E. Wechkin*<br>  Robin E. Wechkin, WSBA #24746<br>  701 5th Avenue, Suite 4200<br>  Seattle, WA 98104<br>  Tel: (415) 439-1799<br>  Email: rwechkin@sidley.com<br>  *Attorney for Defendants Goldman, Sachs &*<br>*Co. LLC; J.P. Morgan Securities LLC;*<br>*Merrill Lynch, Pierce, Fenner & Smith*<br>*Incorporated; Piper Jaffray & Co.;*<br>*Jefferies LLC; Stifel, Nicolaus & Company,*<br>*Incorporated; BMO Capital Markets*<br>*Corp.; and SunTrust Robinson Humphrey,*<br>*Inc.* | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## I.    ORDER

In accordance with the foregoing stipulation, it is so ORDERED, and this case is remanded to the Superior Court of Washington in and for King County.

DATED: March ___, 2018.

_____
Honorable Ricardo S. Martinez
United States District Judge

1

2

## CERTIFICATE OF SERVICE

3        I hereby certify that on March 27, 2018, a copy of the foregoing document was filed

4  electronically with the Court and thus served simultaneously upon all counsel of record, this

5  27th day of March, 2018.

6

7

8

9                                    /s/Colleen Cushnie
                                     Colleen Cushnie, Paralegal
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [*PROPOSED*] ORDER REMANDING
PROCEEDINGS TO STATE COURT - 5
(No. 2:18-cv-00283)