UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL SURRATT, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

FUNKO, INC., *et al.*,

Defendants.

Case No. C18-283 RSM

ORDER TO REMAND

In accordance with the parties' Stipulation to Remand (Dkt. #18), the Court hereby ORDERS that this case is REMANDED to the Superior Court of Washington in and for King County and this matter is now CLOSED.

Dated this 28th day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO REMAND – 1