UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 28, 2018

King County Superior Court
Clerk of Court
516 3rd Avenue, E-609
Seattle, WA 98104

RE: *Surratt v. Funko, Inc. et al*
Case #2:18-cv-00283-RSM

Dear Clerk:

Please find enclosed the certified copy of Judge Ricardo S Martinez's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s):* 18-2-01264-3 SEA

*Assigned to Judge:* THERESA B DOYLE

*Completed by Deputy Clerk:* E Nordmark

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Paula McNabb,
*Deputy Clerk*

Enclosures

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE $300**

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE U.S. COURTS

CLERK U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART ST, SUITE 2310
SEATTLE WA 98101-9906



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES